**Exhibit A to the First Amended Complaint**

**Location:** Burnsville, MN  **IP Address:** 74.38.33.32
**Total Works Infringed:** 31  **ISP:** Frontier Communications

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: BD011CCBDB0B3DB30066F70BD538313E63831F88<br>File Hash:<br>4CFB5525F4F9E88588F6DF55038AA92FCCD60515161E0E92FC8282BE8AAE9698 | 09/09/2023 05:30:53 | Slayed | 04/18/2023 | 06/09/2023 | PA0002415740 |
| 2 | Info Hash: 3F7215526C02A4262400568C1871BA3B4AFA4EE2<br>File Hash:<br>BD51093F71ABD266C79DD2A908565CAEFE0AA7CDB9067EAA484A55A67DDEDD75 | 08/28/2023 20:53:18 | Blacked Raw | 08/28/2023 | 09/17/2023 | PA0002430912 |
| 3 | Info Hash: 53D8D66CC97D205258FFBE0E557A2BFFB9BBE126<br>File Hash:<br>C77B8EE7331015F4EB569186A7859B1028C0A3D30E0981D76E0C607337C2D1B2 | 08/23/2023 20:52:30 | TushyRaw | 08/23/2023 | 09/18/2023 | PA0002431079 |
| 4 | Info Hash: FE9C2A859F4B45E23B3E9B9510C81E03F9F443B7<br>File Hash:<br>E972CB64DDC2A3976CE89103677C3C391637FDC4AB536A4C9DCA3A75EA4394C3 | 08/21/2023 06:57:50 | Tushy | 05/29/2022 | 07/21/2022 | PA0002368036 |
| 5 | Info Hash: 251E98FDDBF487C34DF4A4378903DF0134382A03<br>File Hash:<br>B16D5B37DC5D64EF629C18B33A934DA9B5FE3D11B60F02EBDE2AE911BC2F2DA9 | 08/20/2023 06:42:11 | Blacked | 08/19/2023 | 09/18/2023 | PA0002430893 |
| 6 | Info Hash: 770ACDE1A5F2F5C88A779602C8EBE9DAF6F63EE7<br>File Hash:<br>B6CCB783AA7E9E88D591AD1AF75C9817C8612BCABECE26CAA04002C05BA6D05F | 08/19/2023 02:53:00 | Vixen | 08/18/2023 | 09/18/2023 | PA0002431080 |
| 7 | Info Hash: D8811D7880B3D345FDDE64A2CA5E4875EA261BFE<br>File Hash:<br>358EA41B2C81C13EA5A4DDA02D281FB89CAB54FBC5093CF3565FD077285B127B | 08/17/2023 05:05:54 | TushyRaw | 08/16/2023 | 09/18/2023 | PA0002431113 |
| 8 | Info Hash: 987EFFDD8B39EF93BA4F684E41B7E59D3072DF7B<br>File Hash:<br>D7CCA7A39B5B19FDD77D187FC2A7B4AE274448747225C82CACA57D13B94C60F2 | 08/13/2023 22:03:07 | Vixen | 12/15/2017 | 01/24/2018 | PA0002101764 |
| 9 | Info Hash: DEFD3AC9648D99E47E99D0A82BEF3C536D94813C<br>File Hash:<br>E767885CAA040CDBA819D298BFC50B096574E6747B674965FAB355D237249EB5 | 08/09/2023 03:53:58 | Slayed | 03/21/2023 | 04/13/2023 | PA0002407767 |
| 10 | Info Hash: AB96F2DB81117B5E0100384CD115BCAA8F9F4AB5<br>File Hash:<br>98CB8CBC9D40ACBF2B8A1EDCC550BE44005F7E3767A6CD6C0F34558D674309AC | 08/08/2023 03:15:30 | Blacked Raw | 08/07/2023 | 08/17/2023 | PA0002425526 |
| 11 | Info Hash: A0ED5364592A92C8C9F1D95159AEE9EB2C24F4D9<br>File Hash:<br>EE26753F42B174D6B938813C27CE04B2CB5B02906D628F96EF61A67513924990 | 08/06/2023 23:47:45 | Tushy | 08/06/2023 | 08/17/2023 | PA0002425539 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: 4450253EC4E5A64316C6CC2DF8C06C5DE4C4F4E0<br>File Hash:<br>8CB033A285811CCFF1770936366130E7592B9B61ACB311A662BC13B61BD9E010 | 08/06/2023<br>02:01:28 | TushyRaw | 08/02/2023 | 08/17/2023 | PA0002425540 |
| 13 | Info Hash: FA3E8CA60B0B1C49D8686EA90D0C07DD82DA6042<br>File Hash:<br>3BB9222AF2B33BD675EE012692FB557F49C3E7E006545FE943D9CFC22D7F2387 | 08/06/2023<br>01:53:23 | Blacked | 08/05/2023 | 08/17/2023 | PA0002425714 |
| 14 | Info Hash: 120E8240FF14C16E0EDD16A466B65427936E1CE6<br>File Hash:<br>53A23E5155E5A7108EA9168E9DF2782AB610222ADA7508656872DB5CAEA4B55C | 08/05/2023<br>06:07:46 | Blacked Raw | 07/31/2023 | 08/17/2023 | PA0002425528 |
| 15 | Info Hash: 742F07FC7A6172E836364513F475E6E00197B653<br>File Hash:<br>F7D71789DE0506F46F23C9694B2DDEB735D0C0C34F5A7C237D000C2AC400F5A9 | 08/05/2023<br>05:57:44 | Vixen | 08/04/2023 | 08/17/2023 | PA0002425763 |
| 16 | Info Hash: 2D1C81524D194F632E40169EC6F85712829C79DB<br>File Hash:<br>605C7000DB5139AB0E1DB382E2277BC96B44FCADAFA72F5CE09F1421B46C3216 | 07/30/2023<br>05:45:14 | Slayed | 03/07/2023 | 04/13/2023 | PA0002407765 |
| 17 | Info Hash: B79D5F451022B1A8FDF8B97F75DE2F72E304C719<br>File Hash:<br>B591559FBA69A3CEF60C7EE5A7DE269DE594B2E0A1BDFDF716BFEC1B7EE0B662 | 07/30/2023<br>05:39:25 | Vixen | 07/28/2023 | 08/17/2023 | PA0002425768 |
| 18 | Info Hash: 2F1FA8C51EB8299A40BAA642012C2A0526367978<br>File Hash:<br>212FB224064C8BA8715D7058A31D66B5BD27C6FDB219D50F637325EE917CC9FF | 07/25/2023<br>02:51:03 | Slayed | 02/28/2023 | 04/13/2023 | PA0002406901 |
| 19 | Info Hash: BA7746300037AD6DB62D2D16FA0F8B898B4DE2AB<br>File Hash:<br>C52E1C4D8721884513A5D947CE6AD4118BEB183293ADB3B259756E9E8FB1F8D7 | 07/25/2023<br>02:02:37 | Slayed | 02/21/2023 | 04/13/2023 | PA0002407770 |
| 20 | Info Hash: A3FE9A83F55A38B585D5035CEAC9AA1BBAE8D4C8<br>File Hash:<br>E0B9E734A95D503544E208BAB585B9AB76A6988D31B6BAC099577B82C85C9AA8 | 07/20/2023<br>03:20:38 | Vixen | 05/19/2023 | 06/09/2023 | PA0002415364 |
| 21 | Info Hash: EA42E1D5885851A9EE4FA5060EDB97A2519465AB<br>File Hash:<br>A04EAFED6BA0D6B11BC57AA20E06EFCCE7FB33272352356422C1AF337C56343D | 07/15/2023<br>01:09:50 | Blacked | 07/08/2023 | 07/13/2023 | PA0002420354 |
| 22 | Info Hash: 20B4BD7232002A881F1A0538898C9FF42F4FBAB5<br>File Hash:<br>988FF2D711D0B15EFCE2F19599E508334EB8C5EA4BCBBEE6DC614C8E406D873B | 06/21/2023<br>04:48:08 | Blacked | 02/18/2023 | 04/13/2023 | PA0002407766 |
| 23 | Info Hash: 16216A0721869F7393B66987D0EEFAC6213B02FC<br>File Hash:<br>A25A0333FE2409A40F19EFD7B64001AA13139F8A58FE136B359AB42B119CBC63 | 06/19/2023<br>06:16:33 | Slayed | 12/27/2022 | 01/06/2023 | PA0002393661 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: A51A8282382577B046186F001E8EB1475DDCE5E7<br>File Hash: AC5EE3078EEA082CFD62A5C8EA533D0CEE9305CBAA365340FF529D7A04E92FA7 | 06/19/2023 03:09:12 | Slayed | 06/13/2023 | 07/14/2023 | PA0002427510 |
| 25 | Info Hash: E09EDC179C7C54A389437346AFB4028B19209B47<br>File Hash: E96BD047927C5BF7C179F0D2B4FBE6A24483495CBB068032BFA75D56D35511DE | 06/16/2023 06:04:10 | Slayed | 12/13/2022 | 01/05/2023 | PA0002393959 |
| 26 | Info Hash: F4AC48F2AA7C9B1DDA4EF5D9CEE723FFF0F84978<br>File Hash: BE071D61B1F849D383B870B1001D8D0D53DE2B38F511C9145E7E1CEADFA986A7 | 06/12/2023 05:17:04 | Tushy | 06/11/2023 | 07/13/2023 | PA0002420360 |
| 27 | Info Hash: 1EA1F87539928765D5CB590F9CC15EB18517C6C2<br>File Hash: 9B7A014537CE6CF5746FF40AB8F7CD1F46CEFEAAB94011EF899B1B5F90CA63F2 | 06/12/2023 02:13:18 | Blacked Raw | 09/16/2022 | 10/05/2022 | PA0002373764 |
| 28 | Info Hash: 88807EC7133CB645F4300BB15D68BC50772BA5C3<br>File Hash: 47DE00C172798152498C38EA9B5B84127AAEF3F62DC8D362530929101B82974D | 06/11/2023 06:22:28 | Blacked Raw | 02/03/2023 | 03/08/2023 | PA0002400564 |
| 29 | Info Hash: E8ABFD1C4627B563399146DDE001C4323F5DF648<br>File Hash: 062FF3EE2505D386DA6A182FEED8DA873A09F6EEF8AF99CE3B29295F4BEC41D0 | 05/25/2023 04:22:43 | Blacked | 05/20/2023 | 06/09/2023 | PA0002415379 |
| 30 | Info Hash: 205FBB24B91AB34F3028E4AD441903C837B22D24<br>File Hash: B443A96160306BB2A63650140949F142B6000EBE345D7621593FE62529EFEDE1 | 05/13/2023 06:37:28 | Slayed | 11/01/2022 | 11/24/2022 | PA0002388645 |
| 31 | Info Hash: F26D0EC9CE76B82791423E780DAA2D01A23F0739<br>File Hash: F08FC750CF1C7F95AB708E5917D0480A513E1C7D4216E7601F649E51A71B5F00 | 05/13/2023 06:22:29 | Tushy | 07/05/2020 | 07/20/2020 | PA0002248967 |